**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen D. Evans aka Karen Denise Evans aka Karen Evans | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-16119 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca A. Solarz

Rebecca Solarz
29 Oct 2020, 20:19:45, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322