# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16119-ELF

KAREN D. EVANS

6156 LEBANON AVENUE

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KAREN D. EVANS

    6156 LEBANON AVENUE

    PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

    MARK A. BERENATO
    225 WILMINGTON-WEST CHESTER PIKE
    SUITE 200
    CHADDS FORD, PA 19317-

Date: 9/28/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee