IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:

Karen D. Evans,

        Debtor.

Chapter 13

Case No.   19-16119-elf

_____

CERTIFICATE OF SERVICE

    On behalf of the Debtor, I hereby certify that the foregoing Response to Motion for Relief from Automatic Stay has been served upon the following parties in interest by regular mail and/or electronic delivery on December 5, 2022.

/s/ Mark A. Berenato
_____
Mark A. Berenato
Attorney at Law
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA    19317
(610) 836-1874 (mobile)
mark@berenatolawfirm.com (email)

cc:

Kenneth E. West
1234 Market Street, !8th FL.
Philadelphia, PA    19107

Mark A. Berenato
Attorney at Law
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA    19317

Mario J. Hanyon, Esquire
8757 Red Oak Blvd., STE 150
Charlotte, NC    28217

Karen D. Evans
6156 Lebanon Avenue
Philadelphia, PA    19151

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA    19107

Santander Bank
P.O. Box 660633
Dallas, TX    75266

Microf
P.O. Box 4115
Concord, CA    94524

Transworld Systems, Inc.
P.O. Box 15110
Wilmington, DE    19850

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA    23541

Andrew Spivack, Esquire
8757 Red Oak Blvd., STE 150
Charlotte, NC    28217