IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KAREN D EVANS aka Karen Denise Evans aka Karen Evans<br>    Debtor | Case No. 19-16119-elf |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>KAREN D EVANS aka Karen Denise Evans aka Karen Evans<br>    Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this 23rd day of January, 2023, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 68) is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**