IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KAREN D EVANS aka Karen Denise Evans aka Karen Evans<br>    Debtor | Case No. 19-16119-elf |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>KAREN D EVANS aka Karen Denise Evans aka Karen Evans<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this __3rd__ day of __March, 2023_____, ~~2022,~~ it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_/s/ Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge