IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:

                                              Chapter 13

Karen D. Evans,

                                              Case No.   19-16119-pmm

              Debtor.

_____

## CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Notice has been served upon the following parties in interest by regular mail and/or electronic delivery on May 15, 2023.

                                              /s/ Mark A. Berenato

                                              _____
                                              Mark A. Berenato
                                              Attorney at Law
                                              225 Wilmington-West Chester Pike
                                              Suite 200
                                              Chadds Ford, PA     19317
                                              (610) 836-1874 (mobile)
                                              mark@berenatolawfirm.com (email)

cc:

Kenneth West
1234 Market Street, !8th FL.
Philadelphia, PA     19107

Mark A. Berenato
Attorney at Law
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA     19317

Mario J. Hanyon, Esquire
1617 JFK Blvd., Suite 1400
Philadelphia, PA     19103

Karen D. Evans
6156 Lebanon Avenue
Philadelphia, PA     19151

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA     19107

Santander Bank
P.O. Box 660633
Dallas, TX     75266
Microf

P.O. Box 4115
Concord, CA    94524

Transworld Systems, Inc.
P.O. Box 15110
Wilmington, DE    19850

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA    23541