CURTUS**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                            :        **Chapter 13**

**KAREN D. EVANS,**                    :

                                           :        **Case No.  19-16119 (PMM)**

                                           :

                **Debtor[s]**                          :

**ORDER GRANTING MOTION TO MODIFY PLAN**

       **AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. #78, the "Motion");

       It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #84) is **approved**.

Date:  **June 13, 2023**

                                 *Patricia M. Mayer*
                              **PATRICIA M. MAYER**
                              **U.S. BANKRUPTCY JUDGE**