Certificate Number: 14751-PAE-DE-038904407

Bankruptcy Case Number: 19-16119



14751-PAE-DE-038904407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2024, at 3:44 o'clock PM PDT, KAREN D EVANS completed a course on personal financial management given by internet by $$$$$$0$ BK Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 25, 2024            By:   /s/AMEY AIONO

                                      Name: AMEY AIONO

                                      Title: Certified Credit Counselor