# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Karen D. Evans aka Karen Denise Evans aka Karen Evans**<br>                    **Debtor(s)** | **BK NO. 19-16119 ELF**<br><br>**Chapter 13** |
| **FREEDOM MORTGAGE CORPORATION**<br>                    **Movant**<br>    vs.<br><br>**Karen D. Evans aka Karen Denise Evans aka Karen Evans**<br>                    **Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>                    **Trustee** | **Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Karen D. Evans aka Karen Denise Evans aka Karen Evans
6156 Lebanon Avenue
Philadelphia, PA 19151

Attorney for Debtor(s)
Mark A. Berenato,, Esq.
225 Wilmington-West Chester Pike
Suite 200 (VIA ECF)
Chadds Ford, PA 19317

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

                                        **/s/Brian C. Nicholas, Esquire**
                                        Brian C. Nicholas, Esquire
                                        Attorney I.D. 317240
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        201-549-5366
                                        bnicholas@kmllawgroup.com